**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7219**

RONALD L. LEGG,

                    Plaintiff - Appellant,

          v.

R. SCOTT JOYE, Esq.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Richard Mark Gergel, District Judge.  (4:13-cv-01615-RMG)

Submitted:  December 19, 2013      Decided:  December 23, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald L. Legg, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Legg v. Joye</u>, No. 4:13-cv-01615-RMG (D.S.C. July 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2